NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NIKE, INC.,**
*Appellant,*

v.

**ADIDAS AG,**
*Appellee.*

2014-1719

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 7,347,011.

**ON MOTION**

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") informs the court that the Director exercises the right under 35 U.S.C. § 143 to intervene in the above-captioned appeal.

adidas AG moves without opposition for a 71-day extension of time, until April 10, 2015, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for the Director to intervene is granted.

(2) The motion for an extension of time is granted to the extent that the appellee's and the intervenor's briefs are due on or before April 10, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27